No. 298. M. P. REEVE, PETITIONER, v. NORTH CAROLINA LAND AND TIMBER COMPANY ET AL. October 15, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. H. Ingersoll* for petitioner. *Mr. R. E. L. Mountcastle* for respondents.

No. 305. ARTHUR WEINREB ET AL., PETITIONERS, v. JOSEPH H. FINK. October 15, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. F. M. Czaki* for petitioners. *Mr. Adolph Bloch* for respondent.

No. 322. CARMELO GRECO, PETITIONER, v. THE STEAMSHIP SARNIA, ETC. October 15, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Wilford H. Smith* for petitioner. *Mr. Percy S. Dudley* for respondent.

No. 330. THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, PETITIONER, v. WILLIAM W. RUTTER ET AL., EXECUTORS, ETC. October 15, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William D. Guthrie* and *Mr. Henry D. Hotchkiss* for petitioner. *Mr. Augustus Van Wyck* for respondents.